United States District Court
Southern District of Texas
**ENTERED**
April 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| OLGA G. PACHECO, § § Plaintiff, § § VS. § CIVIL ACTION NO. 2:20-CV-00283 § COMMISSIONER OF SOCIAL SECURITY, § *et al.*, § § Defendants. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation (M&R). (D.E. 23). The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); General Order No. 2002-13. Plaintiff filed objections to the M&R. (D.E. 24). Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which the Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the Court **OVERRULES** Plaintiff's objections (D.E. 24). Accordingly:

(1) The Court **ADOPTS** the M&R in its entirety. (D.E. 23).

(2) Plaintiff's motion for summary judgment is **DENIED**. (D.E. 16).

(3) The Commissioner's motion for summary judgment is **GRANTED**. (D.E. 22).

A final judgement will be entered separately.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
April 8 , 2022

1 / 1